**Order entered November 25, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01166-CV

**GREGORY SCOTT CUNNINGHAM, Appellant**

**V.**

**BOBBY ANGLIN, Appellee**

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-10-02454-B**

## ORDER

We **GRANT** the second motion of Lanetta Williams, Official Court Reporter for County Court at Law No. 2 of Dallas County, Texas, for an extension of time to file the reporter's record. The reporter's record shall be filed on or before Monday, December 2, 2013.

/s/    ADA BROWN
        JUSTICE